## UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA

| | | | |
|---|---|---|---|
| In Re: | GARY CASTLE, II | ) | CHAPTER 13 |
| | JOANIE CASTLE | ) | CASE NO. 11-42028-LWD |

### ORDER ON DEBTOR'S MOTION TO EXTEND AUTOMOTIC STAY

After notice and a hearing on Debtor's Motion to Extend the Automatic Stay and upon a showing that the instant case is being in good faith the Motion is hereby GRANTED.

The Court having found that the Debtor's previous case had failed after he unemployed for several months, got behind and unable to get current or afford an increase in their Chapter 13 payment. The Court finds that the present case is feasible given the fact that he is gainfully employed which will allow him to fund his Chapter 13 case and this is his best effort to repay their creditors.

IT IS THEREFOR ORDERED that the automatic stay is extended in this case to all creditors.

SO ORDERED this 19th day of October, 2011.

_____
JUDGE, U.S. BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF
GEORGIA

Prepared by:
Jeffrey S. Hanna
GA BAR No. 323559
Attorney for Debtor
Post Office Box 10805
Savannah, Georgia 31412
912-233-6515
Email: lawjeffreybk@bellsouth.net